# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| TYREE DAJUAN GASTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-13 |
| | * | |
| v. | * | |
| | * | |
| C.O. II GRIMER; LT. STEEDLY; SGT. PRATT; WARDEN GRAMIACK; NURSE BRAD; COUNSELOR CHARMER; REGIONAL DIRECTOR FOR WARE STATE PRISON; VALDOSTA STATE PRISON MENTAL HEALTH STAFF, | * * * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Plaintiff's right to privacy, stand-alone verbal threats, compensatory and punitive damages, and official capacity claims are **DISMISSED**. Plaintiff's claims against Defendants Pratt, Gramiack, the Regional Director for Ware State Prison, Valdosta State Prison Mental Health Staff, and Counselor Charmer are **DISMISSED**. Plaintiff's request for injunctive relief, dkt. no. 1, p. 13, is **DENIED** at this stage. Plaintiff's sexual assault claim against Defendant Grimer, his deliberate

indifference to mental health needs against Defendants Brad and Steedly, and his retaliation claims against Defendants Grimer and Brad remain pending.

SO ORDERED, this 12 day of November, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA